# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# SHREVEPORT DIVISION

| | | |
|---|---|---|
| **BRUCE COOPER** | : | **DOCKET NO. 5:22-cv-04290** |
| **VERSUS** | : | **JUDGE DONALD E. WALTER** |
| **UNITED SERVICES AUTOMOBILE ASSOCIATION, ET AL** | : | **MAGISTRATE JUDGE KAY** |

## JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein [doc. 45], after an independent review of the record, noting the objections thereto, and concurring with the Magistrate Judge's findings under applicable law;

**IT IS ORDERED** that the Report and Recommendation [doc. 45] be **ADOPTED**. Accordingly, the Motion to Dismiss [doc. 36] is **GRANTED**, and all claims in this matter are **DISMISSED WITHOUT PREJUDICE**.

**THUS DONE AND SIGNED** in Chambers this 8th day of January, 2024.

_____
DONALD E. WALTER
UNITED STATES DISTRICT JUDGE